# Court of Appeals
# of the State of Georgia

ATLANTA,  July 03, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1627. JAMES L. WRIGHT v. THE STATE.**

In 2018, James L. Wright pled guilty to aggravated assault and other crimes. In 2024, he filed motions to vacate his convictions and sentence. On February 7, 2024, the trial court entered an order denying and dismissing the motions. On March 22, 2024, Wright filed a notice of direct appeal to the Supreme Court.[1] That Court transferred the matter here upon finding no basis for jurisdiction there. See Case No. S24A0881 (May 14, 2024). We also lack jurisdiction.

Pretermitting whether Wright had a right of direct appeal from the trial court's order, his notice of appeal was not timely filed. A notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on an appellate court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Wright filed his notice of appeal 44 days after entry of the order he seeks to appeal. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.

---

[1] Wright also filed an application for discretionary appeal in the Supreme Court, which transferred that matter to us. We dismissed the application for lack of jurisdiction. See Case No. A24D0326 (May 16, 2024).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __07/03/2024_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*